**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Darian TENSLEY, a.k.a. Drac,
Defendant–Appellant.**

No. 04–10862
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Oct. 6, 2006.

Susan Hollis Rothstein–Youakim, Tamra Phipps, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Robert C. Port, Cohen Goldstein Port & Gottlieb, LLP, Atlanta, GA, for Defendant–Appellant.

Before BLACK, CARNES and PRYOR, Circuit Judges.

PER CURIAM:

Robert C. Port, counsel for Darian Tensley in this direct criminal appeal, has moved to withdraw from further representation of appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Tensley's conviction and sentence are **AFFIRMED.**